# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMWAEIL DANYAL ESRAEIL MIKHAEIL,<br><br>             Petitioner,<br><br>      v.<br><br>ERNESTO SANTACRUZ, JR., *et al*.,<br><br>             Respondents. | Case No. 5:26-cv-01096-KK-MAA<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.  (JS-6)

DATED: May 11, 2026

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE